UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES EDWARD BUCHAN, #437986,

    Petitioner,

v.

                                                        Case No. 08-12957

DEBRA SCUTT,                                   Honorable Patrick J. Duggan

    Respondent.
_____/

## **JUDGMENT**

On July 10, 2008, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his sentence for one count of first-degree criminal sexual conduct, Michigan Compiled Laws § 750.520b(1)(a), and two counts of second-degree criminal sexual conduct, Michigan Compiled Laws § 750.520c(1)(a). On this date, the Court entered an Opinion and Order holding that Petitioner is not entitled to habeas relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus is **DENIED**.

Dated: December 30, 2010                    s/PATRICK J. DUGGAN
                                                  UNITED STATES DISTRICT JUDGE

Copies to:
Laura A. Cook, A.A.G.

Charles Edward Buchan #437986
G. Robert Cotton Correctional Facility
3500 N. Elm Road
Jackson, MI 49201